THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
WARREN NELSON, Appellant.

*People* v. *Nelson*, 133 App. Div. 893, affirmed.
(Argued June 13, 1910; decided September 27, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 18, 1909, which affirmed a judgment of the Court of
General Sessions in the county of New York rendered upon a
verdict convicting the defendant of the crime of rape in the
second degree and also affirmed an order denying a motion
for a new trial.

*Clark L. Jordan* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.